United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.**                                                        **NO. 3:25-mj-1241-LLL**

**JACK DYMOND LEACH**

---

### Order of Temporary Detention
### Pending Hearing Pursuant to Bail Reform Act

Upon the oral motion of the United States to continue the detention hearing, the motion is **granted** and it is **ordered** that a detention hearing is set for **Friday, May 30, 2025, at 11:30 a.m.,** before **Laura Lothman Lambert, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville**. The defendant will be held in custody by the United States Marshals and produced for the hearing.

**Ordered** in Jacksonville, Florida on May 29, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Ashley Washington, Assistant United States Attorney
Mitch Stone, Esquire
U.S. Marshals Service
U.S. Pretrial Services