UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

6.4.2025

UNITED STATES OF AMERICA

v.

JACK DYMOND LEACH
  a/k/a "jreidmann"

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  3:25-cr- 113-WWB - SJH
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Receipt of Child Pornography)**

On or about November 19, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JACK DYMOND LEACH,

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

### COUNT TWO
**(Receipt of Child Pornography)**

On or about October 2, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JACK DYMOND LEACH,

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE
### (Attempted Production of Child Pornography)

Between on or about November 22, 2023 and January 1, 2024, in the Middle District of Florida, and elsewhere, the defendant,

JACK DYMOND LEACH
a/k/a "jreidmann",

did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FOUR
### (Possession of Child Pornography)

On or about May 8, 2025, in the Middle District of Florida, and elsewhere, the defendant,

JACK DYMOND LEACH,

did knowingly possess a matter, which contained visual depictions that had been

2

produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, and the depictions involved prepubescent minors and minors who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.    The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2.    Upon conviction of a violation of 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2251(a), and/or 18 U.S.C. § 2252(a)(4)(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following:

Samsung Portable SSD T7 Hard Drive, which seized from the defendant's residence on May 8, 2025.

4.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

█████████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By:   _____
ASHLEY WASHINGTON
Assistant United States Attorney

By:   _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
6/3/25 Revised                    No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## JACK DYMOND LEACH
a/k/a "jreidmann"

## INDICTMENT

Violations:  18 U.S.C. § 2252(a)(2)
             18 U.S.C. § 2251(a)
             18 U.S.C. § 2252(a)(4)(B)

A true bill,



Foreperson

Filed in open court this ___4ᵗʰ___ day

of June, 2025.

_____

Clerk

Bail    $_____