

**SAN SEBASTIAN CATHOLIC CHURCH**

February 24, 2026

The Honorable Wendy W. Berger
United States of District Judge
300 N. Hogan Street
Jacksonville, FL. 32202

Dear Judge Berger:

Your Honor, I am writing regarding Jack Dymond Leach, whose matter is presently before you.

I first met Mr. Leach after a church service about three years ago, when he and his family moved into the area of our parish. Since then, I have served as his pastor and have come to know him well as a father, husband, and parishioner. I can attest that he is a man of good character.

As he raised his two sons in the Catholic faith, Mr. Leach soon began the process of preparing for his own baptism and for having his marriage blessed in the Church. His commitment to this journey—and his determination to see it through—reflects both his love for his family and his sincere desire to live according to the values of his newfound faith.

During the time I have known him, Mr. Leach has been actively involved in the life of our parish. He regularly attends Mass and parish events with his family, and he willingly assists whenever asked, especially with parish social gatherings. He has consistently proven himself to be a reliable and dedicated member of our community. I am confident that this aspect of his character will remain unchanged, given his self-motivation and desire to do what is right in all circumstances.

Despite not completing high school, Mr. Leach has shown remarkable resourcefulness in acquiring skills and establishing a business. He has also devoted time and personal resources to support and empower disadvantaged children in the county.

As his pastor for the foreseeable future, I stand ready to continue walking with and supporting Mr. Leach as he moves forward from this sad and unfortunate moment in his life. I remain in regular contact with his family and will continue to assist them in whatever ways I am able.

Your Honor, thank you for allowing me the opportunity to share my perspective on Mr. Leach during these difficult circumstances.

Respectfully,

Reverend Bernardine Eikhuemelo
Pastor