# EXHIBIT E

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Tel 425 882 8080
Fax 425 936 7329
http://www.microsoft.com

 Microsoft

Saturday, February 23, 2013

Re: Jack Leach, Most Valuable Professional, Access

To whom it may concern,

It is with great pride we announce that Jack Leach has been awarded as a Microsoft® Most Valuable Professional (MVP) for 1/1/2013 - 1/1/2014. The Microsoft MVP Award is an annual award that recognizes exceptional technology community leaders worldwide who actively share their high quality, real world expertise with users and Microsoft. All of us at Microsoft recognize and appreciate Jack's extraordinary contributions and want to take this opportunity to share our appreciation with you.

With fewer than 5,000 awardees worldwide, Microsoft MVPs represent a highly select group of experts. MVPs share a deep commitment to community and a willingness to help others. They represent the diversity of today's technical communities. MVPs are present in over 90 countries, spanning more than 30 languages, and over 90 Microsoft technologies. MVPs share a passion for technology, a willingness to help others, and a commitment to community. These are the qualities that make MVPs exceptional community leaders. MVPs' efforts enhance people's lives and contribute to our industry's success in many ways. By sharing their knowledge and experiences, and providing objective feedback, they help people solve problems and discover new capabilities every day. MVPs are technology's best and brightest, and we are honored to welcome Jack as one of them.

To recognize the contributions they make, MVPs from around the world have the opportunity to meet Microsoft executives, network with peers, and position themselves as technical community leaders. This is accomplished through speaking engagements, one on one customer event participation and technical content development. MVPs also receive early access to technology through a variety of programs offered by Microsoft, which keeps them on the cutting edge of the software and hardware industry.

As a recipient of this year's Microsoft MVP award, Jack joins an exceptional group of individuals from around the world who have demonstrated a willingness to reach out, share their technical expertise with others and help individuals maximize their use of technology.

Sincerely,

*Richard Kaplan*

Rich Kaplan
Corporate Vice President
Customer and Partner Advocacy
Microsoft Corporation